**Motion Granted and Order filed September 2, 2021**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-21-00463-CV
_____

## IN THE INTEREST OF J.B., AKA J.J.B, a Child

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2020-00057J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination case.

The notice of appeal was filed August 23, 2021. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). On August 25, 2021, a requested extension of time to file the reporter's record was granted to September 7, 2021. The official court reporter, Stephanie Wells, was notified no further extensions would be granted absent exceptional circumstances.

On September 2, 2021, Stephanie Wells filed a second request to extend time to file the reporter's record, until September 17, 2021. We GRANT the motion.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Accordingly, we further order Stephanie Wells, the official court reporter, to file the record in this appeal **on or before September 17, 2021.** If Stephanie Wells does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.